FILED
December 20, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

6:21-cv-01363

12-15-2021 Tue
1:45pm
13-2-2.
Comal County Jail
SO# 268317

U.S. District Court

Dear Clerk, My Name is Oscar Luna 1-11-64. Hays County Transport me to Comal County Jail. The Officer was saying Lets go get off that van. Will I hit my head really hard with the The van top Door. He saw that I hit my Head. I Now Have Really Bud Headcare pain all Day for 1-To10 pain. it's a 9 pain scall. I Have a Ball Now on Head. it's very painful it's about 1/4 Ball.

I would like to field a Law suit against Hays County Transport. I hit my Head so Hard from Friday extrum Head pain.

Please Help me

Luna Oscar 1-11-64 SO# 203707
12-15-2021

Oscar Luna # 2289717 Comal's
Comal Co Jail
3000 S. IH 35
New Braunfels TX
78130

**COMAL COUNTY JAIL
INMATE MAIL**

**LEGAL**

Clerk U.S. District Court
Western District of Texas
United States Court house
800 Franklin Avenue, Room 380
Waco, Texas 76170

RECEIVED
DEC 20 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK